**IN RE: YAN SUI, Debtor.**

**Pei-Yu Yang, Appellant,**

v.

**Richard Alan Marshack, Chapter 7 Trustee, Appellee.**

No. 15-60066

United States Court of Appeals, Ninth Circuit.

Submitted May 8, 2017 *

Filed May 18, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pei-Yu Yang, Pro Se

David M. Goodrich, SulmeyerKupetz, Los Angeles, CA, Chad V. Haes, Attorney, Marshack Hays LLP, Irvine, CA, for Appellee

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Pei-Yu Yang appeals pro se from an order of the Bankruptcy Appellate Panel ("BAP") dismissing as moot Yang's appeal of the bankruptcy court's order requiring Yang to turnover real property. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo the BAP's determination that a bankruptcy appeal is moot. *Nat'l Mass Media Telecomm. Sys., Inc. v. Stanley (In re Nat'l Mass Media Telecomm. Sys., Inc.),* 152 F.3d 1178, 1180 (9th Cir. 1998). We affirm.

The BAP properly dismissed Yang's appeal as moot because the property was conveyed to a third party which prevented the BAP from granting effective relief. *See id.* at 1180-81 (affirming dismissal on the basis of mootness where the sale of the property to a non-party prevented the court from granting effective relief).

Because Yang's appeal is moot, we do not consider her arguments addressing the underlying merits of the appeal.

All pending requests and motions are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.